JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DUNN REAL ESTATE SERVICES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 11-CV-5925 DMG(SSx)<br><br>**ORDER RE DISMISSAL [6]** |

Based on the Stipulation of settlement by and between plaintiff Charles Dunn Real Estate Services ("Plaintiff") and defendant Westchester Fire Insurance Company ("Defendant"), the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 13, 2012          _____
                                  DOLLY M. GEE
                                  United States District Judge

LA/1128926v1                              1